AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 5:24-mj-70529-MAG   Document 5   Filed 04/04/24   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Thong Truong,<br><br>Defendants. | Case No. 24-mj-70529-MAG-1  (VKD)<br><br>Charging District: Eastern District of California<br><br>Charging District's Case No.: 2:24-cr-00071-DJC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place:<br>United States District Court<br>501 I Street<br>Sacramento, CA 95814 | Courtroom No.: 9, 13th Floor<br>Date and Time: April 24, 2024 at 2:00 p.m.<br>Judge Peterson |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: April 4, 2024

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States District Judge